# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,<br><br>                      Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al*.,<br><br>                      Plaintiff,<br><br>vs.<br><br>STRICKLAND TRADING, INC.,<br><br>                      Defendant. | Adv. Proc. No. 21-50230 (KBO) |

**ORDER APPROVING SECOND STIPULATION FOR FURTHER EXTENSION OF
TIME FOR THE DEFENDANT TO ANSWER, MOVE OR OTHERWISE
RESPOND TO THE COMPLAINT**

Upon consideration of the *Second Stipulation for Further Extension of Time for the Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1.      The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# EXHIBIT 1 TO ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>                      Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>                      Plaintiff,<br><br>vs.<br><br>STRICKLAND TRADING, INC.,<br><br>                      Defendant. | Adv. Proc. No. 21-50230 (KBO) |

**SECOND STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Strickland Trading, Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Second Stipulation for Further Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

      1.      The Parties agree and stipulate that the time within which the Defendant may

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

answer, move, or otherwise plead in response to the *Complaint* [D.I. 1] in the above-captioned

adversary proceeding is hereby extended to and including June 1, 2021.

2.      Except as specifically set forth herein, all rights, claims and defenses of the Parties

are fully preserved.

Dated:  April 30, 2021                           PACHULSKI STANG ZIEHL & JONES LLP

                                                 */s/ Peter J. Keane*
                                                 Bradford J. Sandler (DE Bar No. 4142)
                                                 Andrew W. Caine (CA Bar No. 110345)
                                                 Peter J. Keane (DE Bar No. 5503)
                                                 919 North Market Street, 17th Floor
                                                 P.O. Box 8705
                                                 Wilmington, Delaware 19899-8705 (Courier 19801)
                                                 Telephone: (302) 652-4100
                                                 Facsimile:  (302) 652-4400
                                                 Email:    bsandler@pszjlaw.com
                                                           acaine@pszjlaw.com
                                                           pkeane@pszjlaw.com

                                                 *Counsel to Plaintiff*

                                                 and

                                                 DOMINICK, FELD, HYDE, P.C.

                                                 */s/ Vincent J. Schilleci, III*
                                                 Vincent J. Schilleci, III, Esq.
                                                 1130 22nd Street South Ridge Park, Suite 4000
                                                 Birmingham, AL 35205
                                                 Tel: 205-536-8888
                                                 Email: vschilleci@dfhlaw.com

                                                 *Counsel to Defendant*