**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*, | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Adv. Proc. No. 21-50230 (KBO) |
| Plaintiff, | |
| vs. | |
| STRICKLAND TRADING, INC., | **Ref. Adv. Docket Nos. 4, 5** |
| Defendant. | |

**ORDER APPROVING SECOND STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Upon consideration of the *Second Stipulation for Further Extension of Time for the Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1.      The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: April 30th, 2021**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**