# EXHIBIT 1 TO ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>                    Plaintiff,<br><br>vs.<br><br>STRICKLAND TRADING, INC.,<br><br>                    Defendant. | Adv. Proc. No. 21-50230 (KBO) |

**THIRD STIPULATION FOR FURTHER EXTENSION OF**
**TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE**
**RESPOND TO THE COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Strickland Trading, Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Third Stipulation for Further Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

1.     The Parties agree and stipulate that the time within which the Defendant may answer, move, or otherwise plead in response to the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including June 8, 2021.

2.     Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

Dated:  May 28, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

                                        */s/ Peter J. Keane*
                                        Bradford J. Sandler (DE Bar No. 4142)
                                        Andrew W. Caine (CA Bar No. 110345)
                                        Peter J. Keane (DE Bar No. 5503)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, Delaware 19899-8705 (Courier 19801)
                                        Telephone: (302) 652-4100
                                        Facsimile:  (302) 652-4400
                                        Email:    bsandler@pszjlaw.com
                                                  acaine@pszjlaw.com
                                                  pkeane@pszjlaw.com

                                        *Counsel to Plaintiff*

                                        and


                                        DOMINICK, FELD, HYDE, P.C.


                                        */s/ Vincent J. Schilleci, III*
                                        Vincent J. Schilleci, III, Esq.
                                        1130 22nd Street South Ridge Park, Suite 4000
                                        Birmingham, AL 35205
                                        Tel: 205-536-8888
                                        Email: vschilleci@dfhlaw.com

                                        *Counsel to Defendant*